# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO: 1:25-CV-20571

**MARAH WEST,**

    **Plaintiff,**

v.

**EARLY WARNING SERVICES, LLC**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff, MARAH WEST, submits this Notice of Settlement and states that Plaintiff and Defendant Early Warning Services, LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 31, 2025

                                                  Respectfully submitted,

                                                */s/ Ethan B. Babb*
                                                **ETHAN B. BABB, ESQ.**
                                                Florida Bar No. 127488
                                                Email: ebabb@babblaw.com
                                                Secondary: kschofield@babblaw.com
                                                **ETHAN BABB LAW FIRM**
                                                6013 Farcenda Place, Suite 101
                                                Melbourne, FL 32940
                                                Phone: (321) 529-2222
                                                Fax: (321) 529-2929
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 31, 2025, the foregoing was electronically filed via the Court's CM/ECF system on all counsel of record.

*/s/ Ethan B. Babb*
**ETHAN B. BABB, ESQ.**
Florida Bar No.: 127488